# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JANE DOE,

    **Plaintiff,**

v.                                           Case No.: 3:24-cv-489-BJD-MCR

ROBERT A. HARDWICK, et al.,

    **Defendants.**
_____/

## ORDER TO SHOW CAUSE

The parties are directed to **show cause** by a written response to be filed on or before **August 12, 2024**, why **sanctions** should not be imposed for their failure to file a Case Management Report within the time prescribed by Local Rule 3.02(b)(**1**). The parties are cautioned that failure to respond to this order may result in **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE** and **ORDERED** in Jacksonville, Florida this 2nd day of August, 2024.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of record

*ap*