UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE,

    Plaintiff,

v.                                            Case No. 3:24-cv-489-BJD-MCR

ROBERT A. HARDWICK, in his
official capacity as Sheriff of St.
Johns County Florida, MATTHEW
CLINE, in his individual capacity,
JOSHUA WOOLSEY, WOOLSEY
LAW PLLC, with a fictitious name
of Woolsey Morcom PLLC, CASEY
WOOLSEY, WILLIAM LEE
OWEN, III, STOP DOMESTIC
VIOLENCE FLORIDA, a Political
Committee, WILLIAM MASSON,
JOHN DOE 1, and JANE DOE 1,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants Joshua and Casey Woolsey's Unopposed Motion to Stay Discovery Pending the Court's Ruling on Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc 72) and Defendant Woolsey Law PLLC's Joinder in Defendants' Motion to Stay (Doc. 73).

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy

of time and effort for itself, for counsel, and for litigants." Landis v. N. Am. Co., 299 U.S. 248, 254 (1936). Deciding whether to stay a case "calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." Id. at 254–55 (internal quotations and citations omitted). The party moving for a stay bears the burden of showing "good cause and reasonableness." Feldman v. Flood, 176 F.R.D. 651, 652 (M.D. Fla. 1997) (Corrigan, CJ.) (internal quotations and citations omitted). While the Court need not "decide the motion to dismiss to determine whether the motion to stay discovery should be granted, it is necessary for the Court to 'take a preliminary peek' at the merits of the motion to dismiss to see if it appears to be clearly meritorious and truly case dispositive." Id. at 652–53. After a preliminary peek at the Defendants' Motions to Dismiss (Docs. 51 and 63) and considering Plaintiff's non-opposition, the Court is convinced that there is sufficient merit to justify a stay of discovery as to Defendants Joshua Woolsey, Casey Woolsey, and Woolsey Law PLLC.

Accordingly, after due consideration, it is

**ORDERED:**

1. Defendants Joshua and Casey Woolsey's Unopposed Motion to Stay Discovery Pending the Court's Ruling on Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc 72) is **GRANTED**.

2. Discovery as to Joshua Woolsey, Casey Woolsey, and Woolsey Law PLLC is **STAYED** pending a ruling on their Motions to Dismiss (Docs. 51 and 63).

3. The Motions to Dismiss (Docs. 36, 37, 43, and 45) that preceded Plaintiff's Amended Complaint are **DENIED as moot**.

**DONE** and **ORDERED** in Jacksonville, Florida this 19th day of August, 2024.

BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties