UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE,

    Plaintiff,

v.                                                      CASE NO. 3:24-cv-489-BJD-MCR

ROBERT A. HARDWICK, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Protective Order and to Quash Subpoena to Verizon ("Motion) (Doc. 100). The Motion seeks a protective order prohibiting Defendant Sheriff Hardwick ("Defendant") from obtaining documents pursuant to a subpoena issued to Verizon. However, the subject subpoena has not been provided to the Court. Therefore, the Court will direct Plaintiff to file a copy of the subject subpoena on the public docket that redacts Plaintiff's identifying information.[1] Additionally, the Court finds it appropriate to preserve the status quo pending resolution of the Motion.

---

[1] It appears that Plaintiff's identity can be protected by simply redacting her and her husband's personal information from the subpoena. If not, Plaintiff may file a proper motion to file the subpoena under seal.

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 100**) is **TAKEN UNDER ADVISEMENT**.

2. Plaintiff shall file a redacted copy of the subpoena at issue in the Motion on the public docket **on or before March 17, 2025**.

3. The document production that is the subject of the Motion shall not take place until further order of the Court. To that end, if the subject subpoena has not already been served, it shall not be served until further order of the Court. If the subject subpoena has already been served, Defendant shall immediately serve a copy of this Order on Verizon and direct it not to produce any documents pursuant to the subpoena until further order of the Court. If any of the subject documents have already been produced, Defendant shall not view or use the documents in any way until further order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida, on March 12, 2025.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

2