UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE,

      Plaintiff,

v.                                CASE NO. 3:24-cv-489-BJD-MCR

ROBERT A. HARDWICK, *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Protective Order and to Quash Subpoena to Verizon ("Motion) (Doc. 100) and the Sheriff Defendants' ("Defendants") Response thereto (Doc. 105).   The Court previously took the Motion under advisement and directed the parties to preserve the status quo until the Motion could be resolved.   (Doc. 101.)

In the Response, Defendants state that the parties are attempting to resolve the matter without Court intervention.   (Doc. 105 at 1–2.) Additionally, the documents requested in the subject subpoena have been narrowed, and the Court has ruled on multiple substantive motions since the instant Motion was filed.   (*See id.* at 4; Doc. 104.)   Given the change in circumstances since the Motion was filed, the Motion will be denied without prejudice to Plaintiff filing a new motion if the parties cannot resolve the

issue informally.    In order to maintain the status quo, Defendants shall not serve the subject subpoena until either the parties agree to the terms of the subpoena or the Court rules on any new motion filed regarding the subpoena.

Accordingly, it is **ORDERED**:

The Motion (**Doc. 100**) is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, on March 31, 2025.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record