UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE,

      Plaintiff,

v.                                CASE NO. 3:24-cv-489-BJD-MCR

ROBERT A. HARDWICK, etc.,
*et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Sheriff Defendants' Motion for Order to Show Cause ("Motion") (Doc. 125) and Plaintiff's Response thereto (Doc. 128).   At bottom, the parties disagree as to whether Plaintiff's filing of an Objection (Doc. 92) to the Court's Order (Doc. 89) directing her to proceed in her own name relieves Plaintiff of her obligation to do so.   However, since the Motion was filed, the Court has overruled Plaintiff's Objection to that Order.   (Doc. 138.)   Because Plaintiff will now be directed to proceed in her own name, the Motion, which seeks an order to show cause regarding Plaintiff's failure to do so, is now moot.

Accordingly, it is **ORDERED**:

1.    Plaintiff shall prosecute this action in her own name beginning **immediately**.

2.      The Motion (**Doc. 125**) is **DENIED as moot**.

**DONE AND ORDERED** in Jacksonville, Florida, on July 22, 2025.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record