# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ALYSSA CAMPER SHORSTEIN,

    Plaintiff,

v.                                                    CASE NO. 3:24-cv-00489- BJD-MCR

ROBERT A. HARDWICK, in his
official capacity as SHERIFF OF ST.
JOHNS COUNTY; MATTHEW
CLINE, in his individual capacity;
JOSHUA WOOLSEY; WOOLSEY
LAW PLLC, with a fictitious name of
WOOLSEY MORCOM PLLC;
CASEY WOOLSEY; WILLIAM LEE
OWEN, III; and STOP DOMESTIC
VIOLENCE FLORIDA, a Political
Committee, WILLIAM MASSON,
JOHN DOE 1, and JANE DOE 1,

    Defendants.

_____/

## JOINT STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT

Plaintiff, ALYSSA CAMPER SHORSTEIN ("Plaintiff"), and Defendant, STOP DOMESTIC VIOLENCE FLORIDA ("Defendant"), by and through their undersigned counsel, hereby jointly stipulate and agree to the dismissal *with prejudice* of all claims in the above-captioned case (the "Case"),

against Defendant and John Doe I and Jane Doe I pursuant to a Mediated Settlement Agreement and General Release reached between Plaintiff and Defendant and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Defendant shall each bear its own attorneys' fees and costs. All parties who have appeared in the Case have signed this stipulation.

Dated: September 8, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Marie A. Mattox*<br>Marie A. Mattox (FBN 0739685)<br>MARIE A. MATTOX, P. A.<br>203 N. Gadsden St.<br>Tallahassee, FL 32301<br>Telephone: (850) 383-4800<br>Facsimile: (850) 383-4801<br>marie@mattoxlaw.com<br>marlene@mattoxlaw.com<br>michelle@mattoxlalw.com<br><br>*and*<br><br>*/s/Cynthia A. Myers*<br>Cynthia A. Myers, Esq.<br>Florida Bar No. 147397<br>CYNTHIA A. MYERS, P.A.<br>P.O. Box 15011<br>Tallahassee, Florida 32308<br>Telephone: (850) 322-1124<br>cindy@cindymyerslaw.com<br>shannon@mattoxlaw.com<br><br>*ATTORNEYS FOR PLAINTIFF* | */s/ Benjamin J. Gibson*<br>Benjamin J. Gibson (FBN 58661)<br>Thomasina F. Moore (FBN 57990)<br>Kassandra S. Reardon (FBN 1033220)<br>SHUTTS & BOWEN LLP<br>215 South Monroe Street, Ste. 804<br>Tallahassee, Florida 32301<br>(850) 241-1717<br>BGibson@shutts.com<br>TMoore@shutts.com<br>KReardon@shutts.com<br>SMartin@shutts.com<br><br>*ATTORNEYS FOR DEFENDANT STOP DOMESTIC VIOLENCE FLORIDA* |

2

| | |
|---|---|
| */s/ Gwendolyn P. Adkins*<br>Gwendolyn P. Adkins<br>FBN:0949566<br>William B. Armistead<br>FBN: 88535<br>COPPINS MONROE, P.A.<br>2316 Killearn Center Blvd, Ste. 202<br>Tallahassee, Florida 32309<br>Telephone: (850) 422-2420<br>Facsimile: (850) 422-2730<br>gadkins@coppinsmonroe.com<br>warmistead@coppinsmonroe.com<br><br>*ATTORNEYS FOR DEFENDANTS ROBERT A. HARDWICK, in his official capacity as SHERIFF OF ST. JOHNS COUNTY, and MATTHEW CLINE, in his individual capacity* | */s/ Bruce Trybus*<br>Bruce Trybus<br>Florida Bar No. 972983<br>Kelly Ann Lenahan<br>Florida Bar No. 106068<br>COONEY TRYBUS LAW<br>1600 W Commercial Blvd<br>Suite 200<br>Fort Lauderdale, Florida 33309<br>Telephone: (954) 568-6669<br>btrybus@cooneytrybus.com<br>klenahan@cooneytrbus.com<br><br>*and*<br><br>*/s/ M. Scott Thomas*<br>M. Scott Thomas<br>Florida Bar No.: 0994898<br>Patrick Cade Spivey<br>Florida Bar No.: 1030806<br>BURR & FORMAN, LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, Florida 32202<br>Telephone: (904) 232-7200 Facsimile: (904) 232-7201<br>msthomas@burr.com<br><br>*ATTORNEYS FOR DEFENDANT JOSHUA WOOLSEY* |

| | |
|---|---|
| */s/ Cameron S. Frye*<br>Cameron S. Frye<br>Florida Bar Number 105142<br>Bart R. Valdes, Esq.<br>Florida Bar Number 323380<br>DE BEAUBIEN, SIMMONS, KNIGHT,<br>MANTZARIS & NEAL, LLP<br>609 West Horatio Street<br>Tampa, Florida 33606<br>Telephone: (813) 251-5825<br>Facsimile: (813) 254-1063<br>cfrye@dsklawgroup.com<br>bvaldes@dsklawgroup.com<br><br>*and*<br><br>*/s/ M. Scott Thomas*<br>M. Scott Thomas<br>Florida Bar No.: 0994898<br>BURR & FORMAN, LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, Florida 32202<br>Telephone: (904) 232-7200<br>Facsimile: (904) 232-7201<br>msthomas@burr.com<br><br>*ATTORNEYS FOR DEFENDANT WOOLSEY LAW PLLC* | */s/ Bruce Trybus*<br>Bruce Trybus<br>Florida Bar No. 972983<br>Kelly Ann Lenahan<br>Florida Bar No. 106068<br>COONEY TRYBUS LAW<br>1600 W Commercial Blvd<br>Suite 200<br>Fort Lauderdale, Florida 33309<br>Telephone: (954) 568-6669<br>btrybus@cooneytrybus.com<br>klenahan@cooneytrybus.com<br>*and*<br><br>*/s/ M. Scott Thomas*<br>M. Scott Thomas<br>Florida Bar No.: 0994898<br>Patrick Cade Spivey<br>Florida Bar No.: 1030806<br>BURR & FORMAN, LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, Florida 32202<br>Telephone: (904) 232-7200 Facsimile: (904) 232-7201<br>msthomas@burr.com<br>cspivey@burr.com<br>*and*<br><br>*/s/ Nicholas William Morcom*<br>Nicholas William Morcom<br>WOOLSEY MORCOM<br>203 Fort Wade Road Suite 260<br>Ponte Vedra, FL 32202<br>904-638-4235<br>Email: nick@woolseymorcom.com<br><br>*ATTORNEYS FOR DEFENDANT CASEY WOOLSEY* |

4

| | |
|---|---|
| */s/ James C. Rinaman*<br>James C. Rinaman<br>Florida Bar No. 838047<br>DUTTON LAW GROUP, PA<br>1054 Kings Avenue<br>Jacksonville, FL 32207-8312<br>(904) 421-6900<br>service.JCR@duttonlawgroup.com<br><br>*/s/ Katherine E. McKinley*<br>Katherine E. McKinley<br>Florida Bar No. 495719<br>LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND<br>201 South Orange Ave, Suite 400<br>Suite 400<br>Orlando, FL 32801<br>407-540-9170<br>kmckinley@insurancedefense.net<br><br>*ATTORNEYS FOR DEFENDANT WILLIAM LEE OWEN, III* | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 8, 2025, a copy of the foregoing was filed through CM/ECF, with electronic service on counsel for all parties of record.

*/s/Cynthia A. Myers*
Attorney

5