UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALYSSA CAMPER SHORSTEIN,

    Plaintiff,

v.

Case No.: 3:24-cv-489-BJD-MCR

ROBERT A. HARDWICK, in his
official capacity as Sheriff of St. Johns
County Florida, MATTHEW CLINE,
in his individual capacity, WILLIAM
LEE OWEN, III, STOP DOMESTIC
VIOLENCE FLORIDA, a Political
Committee, WILLIAM MASSON,
JOHN DOE 1 and JANE DOE 1,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation and Notice of Voluntary Dismissal with Prejudice Pursuant to Settlement Agreement (Doc. No. 155; Stipulation) filed on September 9, 2025. In the Stipulation, all parties who have appeared indicate their agreement to dismissal with prejudice of Plaintiff's case as to Defendants Stop Domestic Violence Florida, John Doe 1 and Jane Doe 1. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's case as to Defendants Stop Domestic Violence Florida, John Doe 1 and Jane Doe 1 is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate Defendants Stop Domestic Violence Florida, John Doe 1 and Jane Doe 1 from the Court docket.

**DONE** and **ORDERED** in Jacksonville, Florida this 11th day of September, 2025.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*