UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALYSSA CAMPER SHORSTEIN,

       Plaintiff,

v.

                              Case No.: 3:24-cv-489-BJD-MCR

ROBERT A. HARDWICK, et al.,

       Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation and Notice of Voluntary Dismissal With Prejudice as to Defendant William Owen Only (Doc. 170; Stipulation) filed on December 15, 2025. In the Stipulation, the parties indicate their agreement to dismissal of all claims against Defendant, William Lee Owen, III. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    Plaintiff's case as to Defendant, William Lee Owen, III is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate Defendant, William Lee Owen, III from the Court docket.

DONE and ORDERED in Jacksonville, Florida this 19th day of December, 2025.

_____
BRIAN J. DAVIS
United States District Judge

Copies to:

Counsel of Record

ap