UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALYSSA SHORSTEIN,

      Plaintiff,

v.                                        CASE NO. 3:24-cv-489-BJD-MCR

ROBERT HARDWICK, *et al.*,

      Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on Defendants Sheriff Hardwick and Matthew Cline's Consolidated Motion for Attorneys' Fees and Sanctions ("Motion") (Doc. 179) and Plaintiff's Response thereto (Doc. 184).  On March 10, 2026, Plaintiff filed a Notice of Appeal of the Judgment entered in favor of Defendants.  (Docs. 176 & 181.)  In light of the appeal, the Court will deny the Motion without prejudice to re-filing, if appropriate, within ten days of receipt of an order resolving the appeal.

Accordingly, it is **ORDERED**:

The Motion (**Doc. 179**) is **DENIED without prejudice** to re-filing, if appropriate, **within ten days** of receipt of an order resolving the appeal.

**DONE AND ORDERED** in Jacksonville, Florida, on April 23, 2026.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

2